# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# TRENTON VICINAGE

| | |
|---|---|
| **SANDY DILLMAN**, *on behalf of herself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>**PALMER ADMINISTRATIVE SERVICES**,<br><br>*Defendant*. | Case No.: 3:23-cv-02456-ESL-EAP<br><br>**Judge Edward S. Kiel** |

## JOINT NOTICE OF SETTLEMENT

Plaintiff, Sandy Dillman ("Plaintiff"), and Defendant Palmer Administrative Services ("Defendant") submit this joint notice of settlement.

1. The parties have resolved the case in principle and are in the process of drafting a settlement agreement.

2. Once the settlement agreement is executed, and the terms of the settlement have been satisfied, the parties will submit a joint stipulation of dismissal.

3. The parties request that the Court abate all deadlines in the case and retain jurisdiction pending the completion of the settlement terms.

4. If the Court desires to administratively close the case, the parties request that the Court allow until September 20, 2024 for the parties to reinstate the case should the settlement terms not be completed.

**Dated:** May 22, 2024

*s/ Stephen D. Dargitz*
Stephen D. Dargitz, Esq.
**O'HAGAN MEYER, PLLC**

Respectfully submitted

*s/ Max S. Morgan*
Eric H. Weitz, Esquire
Max S. Morgan, Esquire

| | |
|---|---|
| Attorney I.D. 021531997<br>116 Village Boulevard, Suite 200<br>Princeton, NJ 080540<br>(Tel.) 609-291-3450<br>(Fax) 609-291-3455<br>sdargitz@ohaganmeyer.com<br>*Counsel to Palmer Administrative Services, Inc.* | **THE WEITZ FIRM, LLC**<br>1515 Market Street, #1100<br>Philadelphia, PA 19102<br>Tel: (267) 587-6240<br>Fax: (215) 689-0875<br>max.morgan@theweitzfirm.com<br>eric.weitz@theweitzfirm.com<br><br>*Attorneys for Plaintiff* |