THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| SANDY DILLMAN,<br><br>            Plaintiff,<br><br>    v.<br><br>PALMER ADMINISTRATIVE SERVICES, INC.,<br><br>            Defendant. | Civil No. 23-2456 (ESK/EAP)<br><br>ORDER ADMINISTRATIVELY TERMINATING ACTION |

It having been reported to the Court that the above-captioned action has been settled,

**IT IS** this **23rd** day of **May 2024**;

**ORDERED** that this action and any pending motions are hereby administratively terminated; and it is further

**ORDERED** that this shall not constitute a dismissal Order under the Federal Rules of Civil Procedure; and it is further

**ORDERED** that within 120 days after entry of this Order (or such additional period authorized by the Court), the parties shall file all papers necessary to dismiss this action under Federal Rule of Civil Procedure 41 or, if settlement cannot be consummated, request that the action be reopened; and it is further

**ORDERED** that, absent receipt from the parties of dismissal papers or a request to reopen the action within the 120-day period, the Court shall dismiss this action, without further notice, with prejudice and without costs.

s/ Elizabeth A. Pascal
ELIZABETH A. PASCAL
United States Magistrate Judge

cc:  Hon. Edward S. Kiel, U.S.D.J.