IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| **SANDY DILLMAN**, *on behalf of herself and all others similarly situated*,<br><br>*Plaintiff*,<br><br>v.<br><br>**PALMER ADMINISTRATIVE SERVICES**,<br><br>*Defendant*. | Case No.: 1:23-cv-02456-ESL-EAP<br><br>**Judge Edward S. Kiel** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Sandy Dillman ("Plaintiff"), and Defendant Palmer Administrative Services ("Defendant"), by and through their undersigned counsel, stipulate and agree that the claims asserted by Plaintiff on behalf of the putative classes are hereby dismissed *without prejudice* and the claims asserted by Plaintiff in her individual capacity are dismissed *with prejudice*, with each party to bear their own costs and fees.

| | |
|---|---|
| **Dated:** September 10, 2024 | Respectfully submitted |
| *s/ Stephen D. Dargitz*<br>Stephen D. Dargitz, Esq.<br>**O'HAGAN MEYER, PLLC**<br>Attorney I.D. 021531997<br>116 Village Boulevard, Suite 200<br>Princeton, NJ 080540<br>(Tel.) 609-291-3450<br>(Fax) 609-291-3455<br>sdargitz@ohaganmeyer.com<br>*Counsel to Palmer Administrative Services, Inc.* | s/ *Max S. Morgan*<br>Eric H. Weitz, Esquire<br>Max S. Morgan, Esquire<br>**THE WEITZ FIRM, LLC**<br>1515 Market Street, #1100<br>Philadelphia, PA 19102<br>Tel: (267) 587-6240<br>Fax: (215) 689-0875<br>max.morgan@theweitzfirm.com<br>eric.weitz@theweitzfirm.com<br><br>*Attorneys for Plaintiff* |

So ordered.
    */s/ Edward S. Kiel*
Edward S. Kiel, U.S.D.J.
**Date: September 11, 2024**